UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

In Re: LINDA BECKHAM     )  Case No. 08-41116-PBS
                  )
                  )  Chapter 13
                  )
Debtor(s).           )
_____)

**PRAECIPE WITHDRAWING THE PROOF OF CLAIM OF
eCAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY
BANK/MERVYNS**

Creditor, eCAST Settlement Corporation assignee of GE Money Bank/Mervyns, hereby withdraws its Proof of Claim, filed on May 20, 2008, marked as claim number 5 on the Court's claims register, for account number ending in 5605, and in the amount of $2,161.39.

                Respectfully submitted,

                BECKET & LEE LLP
                Attorneys/Agent for Creditor

      BY:  /s/ Thomas A. Lee III
          Thomas A. Lee III
          16 General Warren Boulevard
          P.O. Box 3001
          Malvern, PA  19355
          (610) 644-7800

Dated: 10/22/08

BECKHAWA0016

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

In Re: LINDA BECKHAM ) Case No. 08-41116-PBS
)
) Chapter 13
)
Debtor(s). )
_____)

**CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that on the 22nd of October 2008, I served or caused to be served, by first class United States mail, postage prepaid true and correct copy of the following document upon all parties listed below:

**PRAECIPE WITHDRAWING THE PROOF OF CLAIM OF
ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY BANK/
MERVYNS**

Parties Served:

Christin M. Latta, Esquire
705 2nd Ave Ste 501
Seattle, WA 98104

David M. Howe, Trustee
1551 Broadway, Ste 600
Tacoma, WA 98402

        By: /s/ Thomas A. Lee III
           Thomas A. Lee III
           BECKET & LEE LLP
           16 General Warren Boulevard
           P.O. Box 3001
           Malvern, PA 19355
           (610) 644-7800